IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CR347 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| MICHAEL BLACKFISH | ) | |
| | ) | |
| Defendant.. | ) | |

This matter is before the court on defendant's Unopposed Motion to Continue Trial [26]. The defendant is charged in two other matters and counsel is seeking additional time to discuss the resolution of all matters with the government. Defendant shall comply with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [26] is granted as follows:

1. The jury trial now set for January 31, 2017 is continued to **February 28, 2017.**

2. The defendant shall file the affidavit required by paragraph 9 of the progression order and NE.CrimR 12.1(a) forthwith.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 28, 2017**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

DATED January 19, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge